# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

PAUL LUKE CONNELL III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1377

———————————————

December 12, 2025

Appeal from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

Wade M. Whidden of Whidden Law, Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Katherine Coombs Cline, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, LaROSE, and SLEET, JJ., Concur.

———————————————

Opinion subject to revision prior publication.